# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHERINE STACY RAMOS (1),<br>ELIZABETH CERNA CARDENAS (2),<br><br>　　　　Defendants. | Case No.  13-CR-04221-GPC<br><br>**ORDER AND JUDGMENT TO DISMISS** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

IT IS HEREBY ORDERED that the Information in the above-referenced case be dismissed, without prejudice, as to both defendants KATHERINE STACY RAMOS (1) and ELIZABETH CERNA CARDENAS (2).

IT IS FURTHER ORDERED that both defendants KATHERINE STACY RAMOS (1) and ELIZABETH CERNA CARDENAS (2) be released from the custody of the United States Marshals Service.

**SO ORDERED.**

DATED: January 8, 2014.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. GONZALO P. CURIEL
　　　　　　　　　　　　　　　　　　　　United States District Court Judge